

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00313-CV

In the **INTEREST OF M.H.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-15779
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

We ORDER appellant, Linda Fuentes, bear all costs of this appeal.

SIGNED June 18, 2014.

_____
Luz Elena D. Chapa, Justice